**Motion GRANTED AND Order filed February 20, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00131-CV
_____

### IN RE KEY ENERGY SERVICES, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 91172-CV**

## ORDER

On February 20, 2018, relator Key Energy Services, LLC filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Carolyn Marks Johnson, visiting judge assigned to the 23rd District Court, in Brazoria County, Texas, to vacate her February 14, 2018 order, which overruled

relator's objection to the assignment of Judge Johnson to preside over the trial, filed pursuant to section 74.053 of the Texas Government Code.

Relator also has filed an "Emergency Motion for Temporary Relief," asking this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the all proceedings in the trial court **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real party-in-interest Anitra Sherman on Behalf of A.P., Minor Child, to file a response to the petition for writ of mandamus on or before February 27, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.